**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 16-00783 |
| Thomas E. and Donna L. Beeson, | ) | Hon. Janet S. Baer |
| | ) | |
| Debtors. | ) | |

**CERTIFICATE OF SERVICE**

Allen J. Guon, an attorney, certifies that he caused to be served a true copy of the NOTICE OF HEARING ON FIRST AND FINAL FEE APPLICATION OF SHAW FISHMAN GLANTZ & TOWBIN LLC upon the Electronic Mail Notice List through the ECF System which sent notification of such filing via electronic means or U.S. First Class Pre-Paid Mail (as indicated) on November 23, 2016.

*/s/ Allen J. Guon*

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- R Scott Alsterda    rsalsterda@nixonpeabody.com
- Joseph A Baldi    jabaldi@baldiberg.com, jmanola@baldiberg.com
- Peter C Bastianen    ND-Four@il.cslegal.com
- David Chroust    david.chroust@icemiller.com, debra.dipisa@icemiller.com
- Monette W Cope    ecfnil@weltman.com
- Thomas W Gooch    tga209@aol.com, jhyso@gauthierandgooch.com
- Allen J Guon    aguon@shawfishman.com, cowens@shawfishman.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Jean Soh    jsoh@polsinelli.com, chicagodocketing@polsinelli.com
- Jerry L Switzer    jswitzer@polsinelli.com, chicagodocketing@polsinelli.com
- Timothy R Yueill    timothyy@nevellaw.com

**Manual Notice List/ Via U.S. First Class Pre-Paid Mail**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

Thomas E Beeson
Donna L Beeson
1391 Telegraph Road
Lake Forest, IL 60045

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 16-00783<br>Northern District of Illinois<br>Chicago<br>Wed Nov 23 11:20:12 CST 2016 | R Scott Alsterda<br>Nixon Peabody LLP<br>70 West Madison Street<br>Suite 3500<br>Chicago, IL 60602-4224 | Amcore Bank N/K/A BMO Harris Bank<br>111 W. Monroe<br>Chicago, IL 60603-4096 |
| American Tower<br>520 N Michigan Ave<br>Chicago, IL 60611-6982 | BMO Harris Bank N.A.<br>111 W. Monroe St.<br>Chicago, IL 60603-4095 | Joseph A Baldi<br>Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602-4120 |
| Peter C Bastianen<br>Codilis and Associates<br>15W030 N. Frontage Rd.<br>Suite 100<br>Burr Ridge, IL 60527-6921 | Donna L Beeson<br>1391 Telegraph Road<br>Lake Forest, IL 60045-3729 | Thomas E Beeson<br>1391 Telegraph Road<br>Lake Forest, IL 60045-3729 |
| Beeson's Plantation Inc.<br>1950 Half Day Road<br>Deerfield, IL 60015-1240 | Burns Family Dentistry<br>405 Lake Cook Rd.<br>Deerfield, IL 60015-4993 | Cci<br>Contract Callers I<br>Augusta, GA 30901 |
| Certified Services Inc<br>Po Box 177<br>Waukegan, IL 60079-0177 | Chase Bank<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chicago Title Insurance<br>Attn: Michael Cklamovski<br>10 S. LaSalle St., Suite 2750<br>Chicago, IL 60603-1108 |
| Chicago Title Insurance Company<br>2750<br>Chicago, IL 60603 | David Chroust<br>Ice Miller<br>2300 Cabot Drive #455<br>Lisle, IL 60532-4613 | CitiMortgage, Inc.<br>PO Box 6030<br>Sioux Falls, SD 57117-6030 |
| CitiMortgage, Inc. asf US Bank National<br>Assoc. for the Structured Asset<br>Security Corporation Mortgage Pass-<br>PO Box 688971<br>Des Moines, IA 50368-8971 | Citibank / Sears<br>Citicorp Credit Services<br>Po Box 790040<br>Saint Louis, MO 63179-0040 | Citimortgage Inc<br>Po Box 9438<br>Gaithersburg, MD 20898-9438 |
| Continental 165 Fund LLC<br>c/o Jerry L. Switzer, Jr.<br>Polsinelli PC<br>161 N Clark Street, Suite 4200<br>Chicago, IL 60601-3316 | Continental Beeson Corner LLC<br>c/o Jerry L. Switzer, Jr.<br>Polsinelli PC<br>161 N Clark St, Suite 4200<br>Chicago, IL 60601-3316 | Continental Properties Co. Inc.<br>W134 N8675 Executive Parkway<br>Menomonee Falls, WI 53051-3310 |
| Monette W Cope<br>Weltman Weinberg & Reis Co LPA<br>180 North LaSalle St Ste 2400<br>Chicago, IL 60601-2704 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, Pennsylvania 19101-7346 |
| Deutsche Bank Trust Company Americas, as Tru<br>c/o Codilis & Associates, P.C.<br>15W030 North Frontage Road<br>Suite 100<br>Burr Ridge, IL 60527-6921 | Deutsche Bank Trust Company Americas, as Tru<br>Attn: Bankruptcy Department<br>3232 Newmark Drive<br>Mail Stop B6-YM07-01-8<br>Miamisburg, OH 45342-5421 | Dsnb Macys<br>Macys Bankruptcy Department<br>Po Box 8053<br>Mason, OH 45040-8053 |

| | | |
|---|---|---|
| Thomas W Gooch<br>Gauthier & Gooch<br>209 S Main St<br>Wauconda, IL 60084-1827 | Allen J Guon<br>Shaw Fishman Glantz & Towbin LLC<br>321 N. Clark St., Suite 800<br>Chicago, Il 60654-4766 | Ice Miller LLP<br>Ice Miller LLP<br>2300 Cabot Drive, Ste. 455<br>Lisle, IL 60532-4613 |
| Ice Miller LLP<br>2300 Cabot Drive<br>Suite 455<br>Lisle, IL 60532-4613 | Internal Revenue Service<br>Mail Stop 5014CHI<br>230 S. Dearborn Street, Room 2600<br>Chicago, IL 60604-1705 | Internal Revenue Service<br>Mail Stop 5014CHI<br>230 S. Dearborn Street, Room 2600<br>Chicago, Illinois 60604-1705 |
| Law Offices of Ira T. Nevel<br>175 North Franklin<br>Suite 201<br>Chicago, IL 60606-1847 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | National City Mortgage/PNC Mtg<br>Attn: Bankruptcy Department<br>3232 Newmark Dr.<br>Miamisburg, OH 45342-5433 |
| PNC BANK N.A.<br>PO BOX 94982<br>CLEVELAND OHIO 44101-4982 | Peoples Gas<br>200 E Randolph St<br>20th Floor<br>Chicago, IL 60601-6431 | Pnc Bank<br>2730 Liberty Ave<br>Pittsburgh, PA 15222-4747 |
| Richard A. Ungaretti<br>Nixon Peabody LLP<br>10 W Madison St., Suite 3500<br>Chicago, IL 60602 | Richard Johnson<br>Ice Miller<br>2300 Cabot Drive, #455<br>Lisle, IL 60532-4613 | Sears Gold Mastercard<br>P.O. Box 6282<br>Sioux Falls, SD 57117-6282 |
| Shaw Fishman Glantz & Towbin LLC<br>321 North Clark Street Ste. 800<br>Chicago, IL 60654-4766 | Small Business Administration<br>500 W. Madison<br>Chicago, IL 60661-2566 | Jean Soh<br>Polsinelli PC<br>161 N. Clark Street<br>Ste 4200<br>Chicago, IL 60601-3316 |
| Jerry L Switzer<br>Polsinelli, PC<br>161 N. Clark Ste 4200<br>Chicago, IL 60601-3316 | Synchrony Bank<br>Attn: Bankruptcy Dept.<br>PO Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 |
| Synchrony Bank/Banana Republic<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | Third Federal Savings<br>180 N. LaSalle St., Suite 2400<br>Chicago, IL 60601-2704 | Third Federal Savings<br>Weltman Weinberg & Reis Co. L.P.A.<br>180 N. LaSalle St Suite 2400<br>Chicago, IL 60601-2704 |
| Tnb-Visa (TV) / Target<br>C/O Financial & Retail Services<br>Mailstop BV   PO Box 9475<br>Minneapolis, MN 55440-9475 | US Bank<br>P.O. Box #21977<br>Eagan, MN 55121-0977 | US DEPT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON WI 53708-8973 |
| Us Dept of Ed/Great Lakes<br>2401 International<br>Madison, WI 53704-3121 | Weltman, Weinberg & Reis Co, L.P.A.<br>180 N. LaSalle st., Suite 2400<br>Chicago, IL 60601-2704 | Yousef K. Sarandah<br>10 S. LaSalle<br>2750<br>Chicago, IL 60603-1108 |

Timothy R Yueill
Law Offices of Ira T. Nevel
175 N. Franklin
Chicago, IL 60606-1847

David L Shaw
Shaw Fishman Glantz & Towbin LLC
321 N Clark Street
Suite 800
Chicago, IL 60654-4766

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)CITIMORTGAGE, INC.                (du)CITIMORTGAGE, INC.                (du)CitiMortgage, Inc

(u)Continental 165 Fund LLC          (u)Continental Beeson Corner LLC      (u)US Bank National Association as trustee fo

(du)US Bank National Association as trustee f

End of Label Matrix
Mailable recipients    61
Bypassed recipients     7
Total                  68