UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 16-00783 |
| Thomas E. Beeson | ) | |
| Donna L. Beeson | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING IN PART FIRST AND FINAL APPLICATION OF SHAW FISHMAN GLANTZ & TOWBIN LLC AS SPECIAL COUNSEL TO THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Upon consideration of the First and Final Fee Application (the "Application") of Shaw Fishman Glantz & Towbin LLC ("Shaw Fishman") requesting the entry of a final order, pursuant to 11 U.S.C. §§ 330 and 331, Fed. R. Bankr. R. 2002(a)(6), 2016(a) and 9007, and Local Bankruptcy Rule 5082-1, for the allowance of fees for professional services rendered and actual expenses included by Shaw Fishman as special counsel to Thomas E. and Donna L. Beeson (the "Debtors") for the period of January 11, 2016 through September 14, 2016 (the "Application Period"); the Court having jurisdiction to hear and determine the Application; it appearing that there is good cause to grant the relief requested; and due and proper notice of the application having been provided;

IT IS HEREBY ORDERED THAT:

1. Shaw Fishman is allowed $40,582.00 in compensation, on a final basis, for services provided to the Debtors during the Application Period.

2. Shaw Fishman is allowed $285.91 in expense reimbursement, on a final basis, for costs incurred during the Application Period. Of the amount requested, $12.03 is not allowed.

3. Shaw Fishman is authorized to apply the $2,500 retainer toward its allowed compensation and expenses reimbursement.

4. The Debtors are authorized and directed to pay Shaw Fishman the amount of $38,367.91 for the balance of its allowed final compensation and expenses reimbursement.

4. Other and further notice of the hearing on the Application is excused for cause shown.

Enter:

Honorable Carol A. Doyle

United States Bankruptcy Judge

Dated: December 14, 2016

**Prepared by:**

Allen J. Guon (#6244526)
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60610
(312) 541-0151  telephone