UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re ) | Chapter 7 |
| ) | Case No. 16-00783 |
| Thomas E. Beeson and Donna L. Beeson ) | Hon. Janet S. Baer |
| ) | Hearing Date: December 20, 2017 |
| Debtor. ) | Time: 10:30 a.m. |

**Final Pretrial Order**

*The following provisions will govern the future course of the proceedings regarding the Debtor's Objection to Claim no. 4-1 (Docket #94) and Ice Miller LLP's Motion Pursuant to FRBP 3018(a) to Temporarily Allow Claim for the Purpose of Accepting or Rejecting the Plan or in the Alternative to Estimate the Ice Miller Claim (Docket #105). Failure to comply with the provisions of this Order may result in waiver of claims or defenses, dismissal, default, exclusion or admission of evidence, or other sanction, as justice may require.*

Counsel for all parties are hereby ordered to confer and together prepare and file with the Court on or before **December 11, 2017** a **joint document** captioned "Pretrial Statement." The Pretrial Statement will contain the following information:

1. A brief statement of the theory of each claim and each defense;
2. A statement of stipulated facts in numbered paragraphs;
3. A statement in numbered paragraphs setting out the material facts which are in dispute;
4. Each party's list of witnesses with any objections noted, stating grounds;
5. Each party's list of exhibits it plans to offer with objections noted, stating grounds.

Each party will provide all other parties a copy, and the Court **two** copies, of all exhibits to be used at trial. Each exhibit will be pre-marked, e.g. "Plaintiff's Exhibit 1." The Court will not consider any exhibit as evidence unless that exhibit has been offered and admitted into evidence at the trial, even if no objections to the exhibit have been raised in the Pretrial Statement.

Trial is set for **December 20, 2017 at 10:30 a.m**. in Courtroom 615, Everett McKinlye Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois. An attorney who is am member of the trial bar under the provisions of Rule 2090-1(B) of the local Rules of this Bankruptcy Court shall participate in the trial.

Dated: 10/30/17

ENTER:

*Janet S. Baer*

Hon. Janet S. Baer
United States Bankruptcy Judge

Joseph A. Baldi
Baldi Berg, Ltd
20 N. Clark Street, Suite 200
Chicago, Illinois  60602
(312) 726-8150