# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | Case No. 16 B 00783 |
| Thomas E. Beeson and Donna L. Beeson, | ) | Hon. Janet S. Baer |
| | ) | Hearing Date: October 24, 2018 |
| Debtors. | ) | Time: 10:00 a.m. |

## Notice of Motion

**TO:**   *SEE ATTACHED SERVICE LIST*

PLEASE TAKE NOTICE that on October 24, 2018 at 10:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Janet S. Baer, United States Courthouse, 219 South Dearborn Street, Room 615, Chicago, Illinois and then and there present the **Debtors' Motion to Approve Report of Plan Payments and Enter Final Decree Closing Case**, a true and correct copy of which is attached hereto and hereby served upon you.

                                                         /s/ Joseph A. Baldi

## CERTIFICATE OF SERVICE

I, Joseph A. Baldi, an attorney, hereby certify that on October 19, 2018, I caused a true and correct copy of the foregoing Notice of Motion and the document identified therein to be served on the persons on the attached service list, through the Court's electronic filing system or by first class mail, as noted on the service list.

                                                         /s/ Joseph A. Baldi

Joseph A. Baldi
Baldi Berg, Ltd.
PO Box 2399
Glen Ellyn, IL 60137-2399
(312) 726-8150

# SERVICE LIST
**Thomas Beeson and Donna Beeson**, Debtors
Case No. 16 B 00783

**Via Electronic Notice**

Office of the U.S. Trustee
USTPRegion11.ES.ECF@usdoj.gov

R Scott Alsterda
Nixon Peabody LLP
rsalsterda@nixonpeabody.com

Timothy R Yueill
Law Offices of Ira T. Nevel
timothyy@nevellaw.com

Allen J. Guon
Shaw, Fishman, Glantz & Towbin, LLC
aguon@shawfishman.com

Jerry L Switzer
Jean Soh
Polsinelli, PC
jswitzer@polsinelli.com
jsoh@polsinelli.com

Brenda A. Likavec
Potestivo & Associates, P.C.
blikavec@potestivolaw.com

Todd J Ruchman
Manley Deas Kochalski LLC
amps@manleydeas.com

Thomas W. Gooch
Tga209@aol.com

Sarah E. Barngrover
sebarngrover@manleydeas.com

Monette W Cope
Weltman Weinberg & Reis Co LPA
ecfnil@weltman.com

Peter C Bastianen
Codilis and Associates
ND-Four@il.cslegal.com

David Chroust
Ice Miller
david.chroust@icemiller.com

**Via First Class Mail**

Thomas E. and Donna L. Beeson
1391 Telegraph Road
Lake Forest, IL 60045

T2 Capital Management, LLC
120 N. Hale Street, Suite 300
Wheaton, IL 60187
Attn: Dennis Jacobs

| Name | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|
| Beesons' Plantation, Inc. | 1950 Half Day Road | | | Deerfield | IL | 60015 |
| Burns Family Dentistry | 405 Lake Cook Rd. | | | Deerfield | IL | 60015 |
| Carole Jeanne Beeson | 92 Lime Kiln Road | | | Ridgefield | CT | 6877 |
| Cci/Contract Callers, Inc. | 501 Greene Street | 3rd Floor, Suite 302 | | Augusta | GA | 30901 |
| Certified Services Inc | Po Box 177 | | | Waukegan | IL | 60079 |
| Charles Joseph Beeson | 8501 White Oaks Road | | | Harvard  k | IL | 60033 |
| Chase Bank  attn:  Reinstatement Processing | Mail Code OH4-7126 | 3415 Vision Drive | | Columbus | OH | 43219-6009 |
| Chicago Title Insurance | Attn: Yosef K. Sarandah | 10 S. LaSalle St., Suite 2750 | | Chicago | IL | 60603 |
| Citibank / Sears | Citicorp Credit Services | Po Box 790040 | | Saint Louis | MO | 63179 |
| Dsnb Macys | Macys Bankruptcy Department | Po Box 8053 | | Mason | OH | 45040 |
| Francis Charles Beeson | 10809 Burlington Road | | | Kenosha | WI | 53144 |
| John Charles Beeson | PO Box 1714 | | | Palmer | Alaska | 99645 |
| Mary Emalie Harman | 2822 N. Augusta Drive | | | Wadsworth | IL | 60083 |
| Peoples Gas | 200 E Randolph St | 20th Floor | | Chicago | IL | 60601 |
| Pnc Bank | PO Box 94982 | | | Cleveland | OH | 44101-0570 |
| PNC Mortgage, a division of PNC Bank, NA | Attn: Bankruptcy Department | 3232 Newmark Dr. | Mailstop B6-YM07-01-8 | Miamisburg | OH | 45342 |
| Rushmore Loan Management Services | PO Box 55004 | | | Irvine | CA | 92619-2708 |
| Sears Gold Mastercard | P.O. Box 6282 | | | Sioux Falls | SD | 57117-6282 |
| Susan Beeson Mentgen | 43400 N New Venice Way | | | Antioch | IL | 60002 |
| Synchrony Bank/Banana Republic | % Recovery Management Systems Corp | 25 SE 2nd Ave., Suite 1120 | | Orlando | FL | 33131-1605 |
| The Land Conservancy McHenry County | 4622 Dean Street | PO Box 352 | | Woodstock | IL | 60098 |
| Third Federal S & L | 7007 Broadway Ave | | | Cleveland | OH | 44105 |
| Tnb-Visa  (TV) / Target | C/O Financial & Retail Services | Mailstop BV   PO Box 9475 | | Minneapolis | MN | 55440 |
| United States Trustee | Room 873 | attn: Roman Sukley | | Chicago | IL | 60604 |
| US Bank | P.O. Box #21977 | | | Eagan | MN | 55121 |
| Us Dept of Education | Claims Filing Unit | PO Box 8973 | | Madison | WI | 53708-8973 |
| William Lee Beeson | PO Box 2908 | | | Ranchos De Taos | NM | 87557 |

8/1/2018

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | Case No. 16 B 00783 |
| Thomas Beeson and Donna Beeson, | ) | Hon. Janet S. Baer |
| | ) | Hearing Date: October 24, 2018 |
| Debtors. | ) | Time: 10:00 a.m. |

**Debtors' Motion to Approve Report of Plan Payments for Entry of**
**Final Decree Closing Case**

Thomas Beeson and Donna Beeson, Debtors and Debtors in possession ("Debtors"), through their attorneys, pursuant to Federal Rule of Bankruptcy Procedure Rule 3022 and Local Bankruptcy Rule 3022-1 of The United States District Court for the Northern District of Illinois, request that this Court approve the Report of Plan Payments set forth below, and enter a Final Decree closing this case, and in support thereof states as follows:

### Background

1. Debtors commenced this bankruptcy case on January 11, 2016 ("Petition Date"), by the filing of a voluntary petition for relief under chapter 11 of title 11, United States Code ("Code").

2. Debtors filed their Second Amended Plan of Reorganization ("Plan") on December 19, 2017. A Confirmation Hearing was held on September 26, 2018 at which time the Plan was confirmed. A copy of the confirmation order ("Confirmation Order") is attached hereto as Exhibit A. Pursuant to the Confirmation Order, the effective date of the Plan was set as September 26, 2018 and the Confirmation Order was effective upon entry.

3. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a

3

core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (N) and (O). Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

4. Debtors have filed all their Operating Reports through and including the period ending on entry of the Confirmation Order. Debtors have also filed their Quarterly Fee Statement for the period through Confirmation and have filed a Quarterly Fee Statement and Report on Status of Plan Payments for the period from Confirmation through the end of the 3rd Quarter. Debtors have paid all the U.S Trustee Quarterly Fees due through the 3rd Quarter of 2018 and will pay any fees due for the portion of the 4th quarter prior to the entry of an order closing this case at the hearing on this Motion.

5. Pursuant to the Confirmation Order, included in this Motion is a report on the payments made pursuant to the plan. Debtors have distributed all amounts required by the Plan to be paid to secured and unsecured creditors and Debtors have made provisions to fund the escrow account to insure payment of amounts due on the disputed claim of Ice Miller, Inc. as required under the Plan. Debtors have, accordingly, completed all steps required pursuant to the Plan and now request that this Court enter a Final Decree closing this case pursuant to Rule 3022 of the Federal Rules of Bankruptcy Procedure.

**Status Of Plan Payments**

6. Debtors have paid or provided for payment of all amounts due under the Plan. On September 17, 2018, Debtors closed on the loan from T2 Capital Management, LLC approved by this Court's order of August 17, 2018 and made a plan deposit of $1,500,000.00 into a segregated account as required by the August 17 order. A spreadsheet listing each class of creditors, the creditors within each class, the amounts due them and the amounts paid on their claims ("Plan Payment Report"), is attached hereto as Exhibit B. The payments made by debtor pursuant to

4

Section 8.1 of the Plan, broken down by class, are more fully described below.

7. **Administrative Claims**: Baldi Berg, Ltd. was paid $225,517.49 on September 18, 2018 representing payment in full of interim fees allowed by the Court pursuant to orders entered on December 14, 2016 and July 31, 2018. Shaw Fishman Glantz and Tobin, LLC was paid $35,867.91 representing payment in full of fees allowed by the Court pursuant to an order entered on December 14, 2016, after crediting all prior payments made on such claim. Payments to the United States Trustee for chapter 11 quarterly fees are current and will be paid on or before the hearing on this Motion. Debtors are not aware of any other administrative expenses allowable against the estate which remain unpaid.

8. **Secured Claims: Class 1 – Creditors Secured by Mortgages on Debtors Residence.** Class 1A creditor Rushmore Loan Management Services, LLC was paid $367,724.35 on September 26, 2018 representing payment in full of its allowed secured claim. Class 1B creditor Third Federal Savings was paid $83,729.65 on September 26, 2018 representing the amount necessary to cure all defaults and reinstate the loan held by Third Federal.

9. **Secured Claims: Class 2 - Claims Secured by Mortgages on Debtors North Carolina Property.** Class 2A creditor PNC Mortgage was paid $174,761.03 representing the amount necessary to cure all defaults and reinstate the loan held by PNC Mortgage. Class 1B creditor Chase Bank was paid $49,685.24 on September 26, 2018 representing the amount necessary to cure all defaults and reinstate the loan held by Chase Bank.

10. **General Unsecured Claims (Class 3)**: Debtors paid each of the unsecured creditors holding allowed claims in Class 3 by issuing checks on October 4, 2018 in the amounts shown on the Plan Payment Report as due, which represent the allowed claim of each Class 3

Unsecured Creditor plus interest at 5% per annum from the date this case was filed until the Confirmation Date. Class 3 Unsecured Creditors have been paid in full under the Plan.

11. **General Unsecured Creditors - Claims of Creditors with Claims against Non-Debtor Co-Obligors (Class 4)**: The Class 4 Creditor, Ice Miller, LLP, holds a claim which is disputed by the Debtor and is the subject of litigation pending in the Circuit Court of McHenry County. Debtors agreed to deposit the sum of $370,000.00 into a Disputed Claims Escrow Account which will be held until the litigation regarding the allowance of Ice Miller's claim is resolved. The funds necessary to fund the Disputed Claims Escrow Account are in the Plan Account and will be deposited upon completion of the documentation for the escrow account. Debtors expect to wire transfer the funds to the Escrowee, First Midwest Bank, the day after the hearing on this motion. Debtors are ready, willing and able to comply with the provisions of the Plan with regard to funding the Disputed Claims Escrow Account.

12. Under the Plan, all property of the Estate vested in the Debtors on Confirmation, subject to the terms and conditions of the Plan.

## Closing The Case

13. Rule 3022 allows for a final decree to be entered and the case closed once an estate is fully administered. The committee notes to this Rule suggest that "closing a chapter 11 case should not be delayed solely because the payments required by the plan have not been completed." FRBP 3022 Advisory Committee Note – 1991 Amendment. *See also* In re Jordan Mfg. Co., 138 B.R. 30 (Bankr. C.D. Ill. 1992). This note also lists factors to be considered by the Court including whether the order confirming the plan is final, whether deposits have been distributed, whether the property to be transferred under the plan has been transferred, whether the Debtors has assumed management of the business, whether plan payments have commenced and whether all contested

matters have been resolved.  FRBP 3022 Advisory Committee Note – 1991 Amendment.

14. All contested issues in this case have been resolved with the exception of the allowance of the Ice Miller Class 4 Claim. Debtor initiated a malpractice suit against Ice Miller in the Circuit Court of McHenry County, which remains pending. This Court has deferred ruling on the Debtors objections to the Ice Miller Claim pending the outcome of the Malpractice Suit and the Plan provides that the Court will retain jurisdiction to enter orders allowing or disallowing the Ice Miller Claim notwithstanding any orders closing the case or entering a final decree in this case. Further, the express terms of the Disputed Claims Escrow provide that the funds in escrow will only be disbursed upon further order of the Bankruptcy Court. As a result, procedures are in place to resolve the Ice Miller Claims dispute and there are no other or further matters for the Court to administer. Debtors has transferred all property required by the Plan, the order confirming the plan is final, and, as set forth above, the Debtors have completed all the Plan payments.

15. Debtors' Plan reserves this Court's jurisdiction to re-open the case upon completion of the plan payments for entry of a discharge order or to enter orders with respect to the Ice Miller Claim.

16. Copies of this Motion have been sent to the Debtors, the United States Trustee and Debtors 'creditors in accordance with Local Bankruptcy Rule 3022-1 of The United States District Court for the Northern District of Illinois.

Wherefore, Thomas Beeson and Donna Beeson requests this Court enter its order:

1) Approving the Plan Payment Report;

2) Entering a Final Decree closing the case; and

3) Granting such other or further relief as the Court deems appropriate.

Dated: October 18, 2018

Respectfully submitted,
Thomas Beeson and Donna Beeson, Debtors in possession
By: /s/ Joseph A. Baldi

Joseph A. Baldi
Baldi Berg, Ltd.
PO Box 2399
Glen Ellyn, IL 60137-2399
(312) 726-8150

One of his attorneys

8

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 16-00783
Thomas E. Beeson and Donna L. Beeson )
)
) Chapter: 11
)
) Honorable Janet S. Baer
)
Debtor(s) )

**Order Combined with Notice of Confirmation**

This matter coming before the Court for hearing for a combined hearing on confirmation of the Debtors' Second Amended Plan of Reorganization dated December 19, 2017 ("Plan") and approval of Debtors' Disclosure Statement to Second Amended Plan of Reorganization Dated December 19, 2017 ("Disclosure Statement"), the Plan and Disclosure Statement having been served on creditors and no objections being filed; it having been determined that the Disclosure Statement contains adequate information as that term is defined in 11 U.S.C. section 1125 and that the requirements for confirmation set forth in 11 U.S.C. section 1129(a) and (b) have been satisfied; Debtors' attorney having filed a Ballot Report reflecting that all impaired classes have accepted the Plan and the Court being advised in the premises:

NOW, therefore, it is hereby ordered that:

1. The Disclosure Statement is approved as containing adequate information regarding the Plan;

2. The Plan is confirmed with the following modification:

   a) Section 1.25 of the Plan is amended to provide that the Effective Date shall be September 26, 2018 or the Confirmation Date, whichever is later;

2. The proponents of the Plan, the Debtors, are directed to file by Oct 19, 2018 a written report of the status of payments made pursuant to the Plan, separately stated for each class treated under the Plan ("Status Report");

3. A hearing to consider the Status Report and possible entry of a final decree or order closing the case is set on Oct 24, 2018 at 10:00 a.m. in Courtroom. 615, U.S. Courthouse, 219 S. Dearborn Street, Chicago, Illinois;

4. A party in interest who wishes to receive a copy of the Status Report shall notify the Debtors' Counsel, who shall provide a copy if requested;

5. Debtors' Counsel is directed to serve this Order Combined with Notice of Confirmation as provided in Rule 3020(c) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), and to file proof of service with the Clerk, and

Rev: 20130104_bko

**Exhibit A**

6. The stay of confirmation provided in Rule 3020(e) of the Bankruptcy Rules is waived for cause shown.

Enter: *[signed] Janet S. Baer*

United States Bankruptcy Judge

Dated: **26 SEP 2018**

**Prepared by:**
Joseph A. Baldi
Baldi Berg, Ltd.
20 North Clark Street, Suite 200
Chicago, IL 60602
(312) 726-8150

Rev: 20130104_bko

**Exhibit A**

| Name | Payment on Confirmation | Plan Payments | Total Payments under Plan On Confirmation | Date of Payment | Amount | method (wire or check) and number | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Administrative Claims** | | | | | | | | | |
| Baldi Berg | $225,517.49 | | $225,517.49 | 9/18/2018 | $225,517.49 | Chase wire | | | |
| Shaw Fishman | $35,867.91 | | $35,867.91 | 9/19/2018 | $35,867.91 | Chase wire | | | |
| US Trusttee Quarterly fees | $6,825.00 | | $6,825.00 | | | | | | |
| **Total Administrative Claims** | $268,210.40 | | $268,210.40 | | | | | | |

| Name | Payment on Confirmation | | Total Payments under Plan On Confirmation | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Creditors by Class** | | | | | | | | | |
| **Class 1 - Claims Secured by Mortgages on Debtors Residence** | | | | | | | | | |
| Class 1 A - Rushmore Loan Management Services, LLC (CitiMortgage) | $376,724.35 | 9-27 payoff | $376,724.35 | 9/26/2018 | $376,724.35 | Chase wire transfer | | | |
| Class 1B - Third Federal Savings | $83,729.65 | payoff 9-26-18 | $83,729.65 | 9/26/2018 | $83,729.65 | Chase wire transfer | | | |
| **Total Class 1** | $460,454.00 | | $460,454.00 | | | | | | |
| **Class 2 - Claims Secured by mortgages on North Carolina Property** | | | | | | | | | |
| Class 2A - PNC | $174,761.03 | payoff to 10/5/18 | $174,761.03 | 9/26/2018 | $174,761.03 | Chase wire transfer | | | |
| Class 2B - Chase | $50,996.90 | to 9/26/18 est. | $50,996.90 | 9/26/2018 | $49,685.24 | Chase S867.91 wire transfer | | | |
| **Total Class 2** | $225,757.93 | | $225,757.93 | | | | | | |
| | Totals for Secured Creditors | | $686,211.9300 | | | | | | |

| Name | Principal Payment on Confirmation | Interest @ 5% thru 9/26/18 | Total Payments under Plan On Confirmation | | | | Street address | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| **Class 3 - General Unsecured Claims** | | | | | | | | | | |
| Burns Family Deinistry | $11,047.55 | $1,496.72 | $12,544.27 | 10/4/2018 | $12,544.27 | Check 101 | 405 Lake Cook Road | Deerfield | Il | 60015 |
| Contract Callers | $392.00 | $53.11 | $445.11 | 10/4/2018 | $445.11 | Check 102 | 501 Greene Street, Ste 302 | Augusta | GA | 30901 |
| Certified Services, Inc. | $1,507.00 | $204.17 | $1,711.17 | 10/4/2018 | $1,711.17 | Check 103 | PO Box 177 | Waukegan | IL | 60079 |
| Chicago Title Insurance Company,   %Jousef Sarandah, Fidelity National Group | $18,500.00 | $2,506.37 | $21,006.37 | 10/4/2018 | $21,006.37 | check 104 | | 10 S. LaSalle Street, Suite 2750, Chicago | IL | 60603 |
| Citibank (Sears) - Citigroup Credit Services | $10,775.00 | $1,459.79 | $12,234.79 | 10/4/2018 | $12,234.79 | Check 105 | PO Box 79004 | St. Lois | MO | 63179 |
| DSNB Macys, Macys Bankruptcy Department | $1,836.00 | $248.74 | $2,084.74 | 10/4/2018 | $2,084.74 | Check 106 | PO Box 8053 | Mason | OH | 45040 |
| Peoples Gas | $184.00 | $24.93 | $208.93 | 10/4/2018 | $208.93 | Check 107 | 200 E. Randolph St., 20th Floor | Chicago | IL | 60601 |
| PNC Bank, NA | $1,196.55 | $162.11 | $1,358.66 | 10/4/2018 | $1,358.66 | Check 108 | PO Box 94982 | Cleveland | OH | 44101-0570 |
| Shaw Fishman Glantz & Tobin, LLC, k/k/a Fox Rothschild, LLP | $25,987.34 | $3,520.75 | $29,508.09 | 10/4/2018 | $29,508.09 | Check 109 | 321 N. Clark Street, Ste. 800 | Chicago | IL | 60654 |
| Synchrony Bank (Banana Republic) % PRA Receivables Management, LLC | $2,784.36 | $377.22 | $3,161.58 | 10/4/2018 | $3,161.58 | Check 110 | PO Box 41021 | Norfolk | VA | 23541 |

**Exhibit B** — Claims and Payments by Classes — Thomas E Beeson and Donna L. Beeson — 16 B 00783

| Name | Payment on Confirmation | | Total Payments under Plan On Confirmation | Date of Payment | Amount | method (wire or check) and number | Street address | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| TNB-Visa (Target) c/o Financial & Retail Services | $16,758.00 | $2,270.36 | $19,028.36 | 10/4/2018 | $19,028.36 | Check 111 | Mailstop V PO Box 9475 | Minneapolis | MN | 55440 |
| US Department of Education - Claims Filing Unit | $8,686.00 | $1,176.77 | $9,862.77 | 10/4/2018 | $9,862.77 | Check 112 | PO Box 8973 | Madison | WI | 53708-8973 |
| **Total Class 3** | $99,653.80 | $13,501.04 | $113,154.84 | | $113,154.84 | | | | | |

| Name | Principal Payment on Confirmation | Interest @ 5% thru 9/26/18 | Payment under Plan on Confirmation | | | | Street address | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| **Class 4 - General Unsecured Claim - Disputed Creditors with Claims against Non-Debtor Co Obligors** | | | | | | | | | | |
| Ice Miller, LLC | $333,783.51 | $45,220.81 | $379,004.32 | pending execution of escrow agreement | $379,004.32 | Wire transfer to First Midwest Bank | 2300 Cabot Drive, Suite 455 | Lisle | IL | 60532 |
| | $333,783.51 | $45,220.81 | $379,004.32 | | | | | | | |
| **Total Amounts for Administrative claims and Classes 1, 2, 3 and 4** | $1,387,859.64 | $58,721.85 | $1,446,581.49 | | | | | | | |

**Exhibit B**

10/18/2018