UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 16-00783 |
| Thomas E. Beeson and Donna L. Beeson | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## Final Decree and Order Closing Case

This Cause coming on to be heard on the Debtors' Report of Plan Payments and Motion for Final Decree, due notice having been given, the Court having found that all payments required under the Debtors Second Amended Plan dated December 19, 2017 ("Plan") have been made or fully provided for, the funds from the Plan Deposit having been distributed, and the Court being duly advised in the premises;

IT IS HEREBY ORDERED THAT:

1. The chapter 11 case for the above named Debtors is hereby closed; and

2. The Court reserves jurisdiction to enter any orders regarding the allowance or disallowance of the Claim of Ice Miller, LLP or the distribution of the funds deposited in the Disputed Claims Escrow Account held by First Midwest Bank.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: October 24, 2018

**Prepared by:**

Joseph A Baldi
Baldi Berg, Ltd.
PO Box 2399
Glen Ellyn, IL 60137-2399
(312) 726-8150