UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 16-00783
Thomas and Donna Beeson )
)  Chapter: 11
)  Honorable Janet S. Baer
)
)
Debtor(s) )

### Order Granting Motion Of Joseph Baldi to Withdraw as Attorney for Debtors

This cause Comes before the Court on the Motion of Joseph Baldi to Withdraw as Attorney for Thomas and Donna Beeson, ("Debtors"), due notice having been given and the Court being fully advised in the premises;

It Is Hereby Ordered that Joseph A. Baldi and Baldi Berg, Ltd are granted leave to withdraw as counsel to the Debtors.

Enter:

*Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  March 27, 2019

**Prepared by:**

Joseph A Baldi
Baldi Berg, Ltd.
PO Box 2399
Glen Ellyn, IL 60137-2399
(312) 726-8150